**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6835**

_____

WILLIAM JOSHUA ALSTON,

Plaintiff - Appellant,

v.

BETH LAWSON, Medical Director; DR. GARMAN; SALLY BLAKE, Nurse Practitioner; ADRIANE SMALL, Nurse Practitioner; DANIELLE WINNS; RACHEL BROWN; KATRINA KRYSTONOWICZ; DANIELLE, Nurse; JAMIE WILSON, Nurse; MIKE; SHAWNETTE; K. JONES; KATRINA, Nurse; KELSEY LEDFORD, a/k/a Nurse Chelsea; SQUIRES, Nurse; KAREN JONES; CARRIE, Nurse; MELISSA, Nurse; CHELSEA, Nurse; NURSE PRACTITIONER ALEX; NURSE BRIELLE; DAVID SIEKLICKI, Nurse; NURSE CHASITY; SCHINITRA SWINNEY, Nurse Practitioner; JENNIFER, Nurse,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston. Sherri A. Lydon, District Judge. (2:23-cv-03252-SAL)

_____

Submitted: May 28, 2026                    Decided: June 1, 2026

_____

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Joshua Alston, Appellant Pro Se. Taylor Denslow Brewer, MORAN REEVES & CONN, PC, Richmond, Virginia; Elizabeth Fulton Morrison, WHELAN MELLEN &

NORRIS, LLC, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Joshua Alston appeals the district court's order adopting the magistrate judge's report and recommendation and granting summary judgment to Defendants on Alston's 42 U.S.C. § 1983 action alleging deliberate indifference to his medical needs. Alston also moves to exceed the length limitations for his informal brief and to appoint counsel. We have reviewed the record and discern no reversible error. Accordingly, we grant the motion to exceed the length limitations for his informal brief, deny the motion to appoint counsel, and affirm the district court's order. *Alston v. Lawson*, No. 2:23-cv-03252-SAL (D.S.C., Aug. 25, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3